Case 2:15-cv-00222-KOB   Document 1-1   Filed 02/04/15   Page 1 of 1
Case MDL No. 2595   Document 49   Filed 02/04/15   Page 3 of 3

FILED
2015 Feb-06  AM 11:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN RE: COMMUNITY HEALTH SYSTEMS, INC.,
CUSTOMER SECURITY DATA BREACH LITIGATION     MDL No. 2595

## SCHEDULE A

Northern District of Alabama

ALVERSON, ET AL. v. COMMUNITY HEALTH SYSTEMS, INC., ET AL.,
    C.A. No. 2:14-01620

Southern District of Mississippi

LAWSON, ET AL. v. COMMUNITY HEALTH SYSTEMS, INC., ET AL.,
    C.A. No. 3:14-00712     CV-15-BE-0224-S

District of New Mexico

BRITO v. COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES
    CORPORATION, ET AL., C.A. No. 1:14-00929     CV-15-BE-0225-S

Middle District of Pennsylvania

ROMAN v. COMMUNITY HEALTH SYSTEMS, INC., ET AL.,
    C.A. No. 3:14-01705     CV-15-BE-0226-S

Southern District of West Virginia

GLAH, ET AL. v. COMMUNITY HEALTH SYSTEMS, INC., ET AL., C.A.
    No. 2:14-25783     CV-15-BE-0227-S