# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**In re Community Health Systems** )
**Inc., MDL 2595**                  )          2:15-cv-00222-KOB

## MOTION FOR STATUS CONFERENCE

COME NOW the Plaintiffs from the *Alverson, et al. v. Community Health Systems, Inc., et al.*, 2:14-cv-1620-KOB, originally filed in the Northern District of Alabama (hereinafter "Plaintiffs") and move the Court to set a status conference now that all cases have been centralized for coordinated pretrial proceedings. In support thereof, Plaintiffs state as follows:

1. On February 4, 2015, the Judicial Panel on Multidistrict Litigation centralized all similar cases in the Northern District of Alabama for coordinated pretrial proceedings.

2. Plaintiffs request that the Court set a status conference to discuss the coordination of the centralized cases for pretrial proceedings so that the cases may efficiently proceed with conducting discovery and filing pretrial motions.

WHEREFORE, premises considered, Plaintiffs respectfully request this Honorable Court to set a status conference.

                                                Respectfully submitted,

                                                /s/ Donald W. Stewart
                                                Donald W. Stewart
                                                Attorney for Plaintiffs

OF COUNSEL:
Stewart & Stewart, PC
1021 Noble Street, Suite 110
Anniston, Alabama 36201
Phone: (256) 237-9311
Fax: (256) 237-0713
E-mail: DonaldWStewart5354@yahoo.com

                                                /s/ Greg W. Foster
                                                Greg W. Foster

                                                /s/ T. Dylan Reeves
                                                T. Dylan Reeves
                                                Attorneys for Plaintiffs

OF COUNSEL:
Stewart & Stewart, PC
1826 3rd Ave. North, Ste. 300
Bessemer, AL 35020
Phone: (205) 425-1166
Fax: (205) 425-5959
E-mail: Greg@stewartandstewart.net
        DReeves@stewartandstewart.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, on this 10th day of February, 2015:

Richard E. Smith
Jonathan W. Macklem
Jeremy L. Carlson
J. Paul Zimmerman
CHRISTIAN & SMALL LLP
*Counsel for the Hospital Defendant Class & the Clinic Defendant Class*

Wynn M. Shuford
Jackson R. Sharman, III
Jacob M. Tubbs
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
*Counsel for Defendant Community Health Systems, Inc.*

Daniel R. Warren
David A. Carney
Theodore J. Kobus, III
Jimmy D. Parrish
Paul G. Karlsgodt
BAKER & HOSTETLER LLP
*Counsel for Defendant Community Health Systems Professional Service Corporation*

/s/ T. Dylan Reeves
Of Counsel