Case 2:15-cv-00222-KOB-JHE   Document 7   Filed 04/06/15   Page 1 of 2
Case MDL No. 2595   Document 55   Filed 02/17/15   Page 1 of 2

FILED
2015 Apr-06 PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA



UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: COMMUNITY HEALTH SYSTEMS, INC.,
CUSTOMER DATA SECURITY BREACH
LITIGATION                                                              MDL No. 2595

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –1)

On February 4, 2015, the Panel transferred 4 civil action(s) to the United States District Court for the Northern District of Alabama for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Northern District of Alabama. With the consent of that court, all such actions have been assigned to the Honorable Karon O. Bowdre.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Alabama and assigned to Judge Bowdre.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Alabama for the reasons stated in the order of February 4, 2015, and, with the consent of that court, assigned to the Honorable Karon O. Bowdre.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Alabama. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 17, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: COMMUNITY HEALTH SYSTEMS, INC.,
CUSTOMER DATA SECURITY BREACH
LITIGATION                                                              MDL No. 2595

## SCHEDULE CTO-1 − TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 14−02893 | Veciana v. Community Health Systems, Inc. et al |
| **NEW MEXICO** | | | |
| ~~NM~~ | ~~1~~ | ~~14−01090~~ | ~~Maes et al v. Community Health Systems Professional Services Corporation et al~~   Opposed 02/17/2015 |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 14−06433 | LUTZ v. COMMUNITY HEALTH SYSTEMS, INC. et al |
| **TENNESSEE MIDDLE** | | | |
| TNM | 3 | 15−00031 | Murphy v. Community Health Systems, Inc. et al |