Case 2:15-cv-00222-KOB-JHE   Document 7-1   Filed 04/06/15   Page 1 of 1
Case MDL No. 2595   Document 55   Filed 02/17/15   Page 2 of 2

FILED
2015 Apr-06 PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN RE: COMMUNITY HEALTH SYSTEMS, INC.,
CUSTOMER DATA SECURITY BREACH
LITIGATION                                                MDL No. 2595

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 14−02893 | Veciana v. Community Health Systems, Inc. et al |
| **NEW MEXICO** | | CV-15-BE-0279-S | |
| ~~NM~~ | ~~1~~ | ~~14−01090~~ | ~~Maes et al v. Community Health Systems Professional Services Corporation et al~~   Opposed 02/17/2015 |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 14−06433 | LUTZ v. COMMUNITY HEALTH SYSTEMS, INC. et al |
| **TENNESSEE MIDDLE** | | CV-15-BE-0280-S | |
| TNM | 3 | 15−00031 | Murphy v. Community Health Systems, Inc. et al |

CV-15-BE-0281-S