FILED
2015 Apr-07 PM 01:49
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: COMMUNITY HEALTH SYSTEMS, INC.,
CUSTOMER DATA SECURITY BREACH LITIGATION

Maes, et al. v. Community Health Systems Professional )
    Services Corporation, et al., )  MDL No. 2595
    D. New Mexico, C.A. No. 1:14-01090 )

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Maes*) on February 6, 2015. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Maes* filed a notice of opposition to the proposed transfer. The Panel has now been advised that plaintiff have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on February 6, 2015, is LIFTED. The action is transferred to the Northern District of Alabama for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Karon O. Bowdre

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

TRUE COPY:
By: