FILED
2015 Apr-08 PM 03:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: COMMUNITY HEALTH SYSTEMS, INC., CUSTOMER SECURITY DATA BREACH LITIGATION (MDL 2595) | MASTER FILE NO. 15-CV-222-KOB<br><br>THIS DOCUMENT RELATES TO ALL CASES. |

## AGENDA FOR INITIAL CONFERENCE

Having considered the parties' Joint Proposed Agenda for Initial Conference, the court SETS the following agenda for the Initial Status Conference scheduled for Tuesday, April 14, 2015:

A. Introductions

B. Status of Current Cases

   1. Number of cases currently pending/total anticipated transferred to MDL

   2. Continuation of stay/duration

   3. Motions pending in transferred actions

   4. Any known cases in state court?

C. Report on Initial Conference of Counsel and Issues Agreed Upon by the Parties and Prospects for Settlement

D. Discussion of Next Steps in Litigation

   1. Process for Appointment of Plaintiffs' Lead and Liaison Counsel and Steering Committees

   2. Discovery Plan, ESI Protocol, Protective Order

   3. Document Preservation

   4. Monthly Status Conferences/Joint Status Reports

E. Time/billing submission to court

F. Use of Special Master/ Magistrate Judge for Discovery

**DONE** and **ORDERED** this April 8, 2015.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE