# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **In Re: Community Health Systems, Inc., Customer Security Data Breach Litigation (MDL 2595)** | ) ) ) ) ) ) ) ) ) | Master File No. 15-CV-222-KOB<br><br>This document relates to all cases. |

## ORDER

In preparation for the Initial Status Conference in this matter, the court advises counsel that it has made the following leadership appointments:

(1) Karen Riebel and Jeff Friedman as Co-Lead Counsel for the plaintiffs; and

(2) Chris Hellums and Richard Smith as Local Liaison Counsel.

The court has given Co-Lead Counsel the task of submitting a proposed Plaintiffs' Steering Committee to the court for its approval. The Steering Committee will then be responsible for putting in place the committee framework.

The Initial Status Conference is set on April 14, 2015, and will begin at 1:30 PM (CDT) in Courtroom 5A of the Hugo L. Black U. S. Courthouse, Birmingham, Alabama.

DONE and ORDERED this 13th day of April, 2015.

_/s/ Karon O. Bowdre_
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE

1