# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: COMMUNITY HEALTH SYSTEMS, INC., CUSTOMER SECURITY DATA BREACH LITIGATION (MDL 2595)** ) ) ) ) ) ) | **MASTER FILE NO. 15-CV-222-KOB** <br><br> This document relates to all cases. |

## MOTION CO-LEAD COUNSEL TO ALTER
## CASE MANAGEMENT ORDER NO. 2

COME NOW, Co-Lead Counsel for the plaintiffs, Jeff Friedman and Karen Riebel, and respectfully request that this Court amend its Case Management Order No. 2, dated April 16, 2015 as follows:

1. Attorney Ari Scharg, of Edelson, PC, who was appointed to Plaintiffs' Steering Committee (hereinafter "PSC") pursuant to this Court's Case Management Order No. 2, ECF No. 14 at 3, has indicated his desire to be removed from the PSC.

2. Co-Lead Counsel consent to this request.

3. Co-Lead Counsel have spoken with attorney Katrina Carroll, of the law firm of Lite, DePalma & Greenberg, LLC about filling the vacancy left by attorney Ari Scharg's decision to step down from the Committee.

4. Attorney Carroll is qualified and responsible, and is well suited to fairly and adequately represent the interests of the class.  She has extensive experience representing plaintiffs in complex class action litigation and would be an asset to the

PSC. (Bio of attorney Carroll attached hereto as Exhibit "A").

5. Attorney Carroll has indicated a willingness to accept an appointment to the PSC.

6. Replacing attorney Scharg with attorney Carroll would be in the best interest of Co-Lead Counsel, the other attorneys representing plaintiffs in this case, and the plaintiffs.

WHEREFORE, PREMISES CONSIDERED, Co-Lead Counsel, attorneys Friedman and Riebel, respectfully request that this Court substitute Katrina Carroll of Lite, DePalma & Greenberg, LLC for Ari Scharg of Edelson PC for appointment to the PSC, and alter its Case Management Order No. 2 accordingly.

Respectfully Submitted,

*/s/ Jeff Friedman*
Jeff Friedman (asb-6868-n77j)
FRIEDMAN, DAZZIO ZULANAS &
 BOWLING, P.C.
P.O. Box 43219
Birmingham, AL 35243-3219
jfriedman@friedman-lawyers.com

*/s/ Karen H. Riebel (with permission)*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
khriebel@locklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of May, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Richard E. Smith
Jonathan W. Macklem
Jeremy L. Carlson
J. Paul Zimmerman
CHRISTIAN & SMALL LLP
*Counsel for the Hospital Defendant*
*Class & the Clinic Defendant Class*

Daniel R. Warren
David A. Carney
Theodore J. Kobus, III
Jimmy D. Parrish
Paul G. Karlsgodt
BAKER & HOSTETLER LLP
*Counsel for Defendant Community*
*Health Systems Professional Service*
*Corporation*

Wynn M. Shuford
Jackson R. Sharman, III
Jacob M. Tubbs
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
*Counsel for Defendant Community*
*Health Systems, Inc.*

/s/ *Jeff Friedman*
OF COUNSEL