IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: COMMUNITY HEALTH SYSTEMS, INC., CUSTOMER SECURITY DATA BREACH LITIGATION (MDL 2595) | MASTER FILE NO. 15-CV-222-KOB<br><br>This document relates to all cases. |

**ORDER AMENDING CASE MANAGEMENT ORDER NO. 2**

This matter is before the court on "Motion [of] Co-Lead Counsel to Alter Case Management Order No. 2." (Doc. 15). The court GRANTS the motion, and AMENDS Case Management Order No. 2 (doc. 14) to remove Ari Scharg from the PSC, at Mr. Scharg's request, and to fill the resulting vacancy on the PSC with:

Katrina Carroll
Lite DePalma Greenberg LLC
Chicago, IL
(312) 750-1265
kcarroll@litedepalma.com.

The court finds that Katrina Carroll is qualified and responsible and will fairly and adequately represent the interests of the class.

DONE and ORDERED this 11th day of May, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE