FILED

2015 Jul-07  PM 04:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: COMMUNITY HEALTH SYSTEMS, INC., CUSTOMER SECURITY DATA BREACH LITIGATION (MDL 2595)** | **MASTER FILE NO. 15-CV-222-KOB** THIS DOCUMENT RELATES TO ALL CASES. |

---

## AGENDA FOR JULY 14, 2015 CONFERENCE

Having considered the agenda proposed in the parties' Joint Status Report

for the next conference scheduled for **Tuesday, July 14, 2015 at 9:30 p.m.** in

**Courtroom 5A** at the Hugo L. Black United States Courthouse in Birmingham,

Alabama, the court SETS the following agenda:

A.    Introductions

B.    Response to Consolidated Class Action Complaint

C.    Discovery Protocol

D.    Deadlines

E.    Special Master

F.      Website

G.      Any Additional Issues.

Done and Ordered this 7th day of July, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE