# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: COMMUNITY HEALTH SYSTEMS, INC., CUSTOMER SECURITY DATA BREACH LITIGATION (MDL 2595) | ) ) ) ) ) ) ) ) ) ) ) |  MASTER FILE NO. 15-CV-222-KOB<br><br>THIS DOCUMENT RELATES TO ALL CASES. |

## ORDER

This matter is before the court on "Unopposed Motion to Substitute Proper Party" filed by Cynthia Ann Martin Stonestreet, Executor of the Estate of Plaintiff Mary Martin Glah. (Doc. 87). The court GRANTS the motion, and SUBSTITUTES Plaintiff Cynthia Ann Martin Stonestreet, as Executor of the Estate of Mary Martin Glah, for Plaintiff Mary Martin Glah. The court DIRECTS the Clerk of the Court to enter this Order and reflect this substitution on the docket sheet not only in the master file but also in the member case that Ms. Glah filed, *Glah v. Community Health Systems, Inc.,* Case No. 2:15-CV-227-KOB.

DONE and ORDERED this 3rd day of December, 2015.

*/s/ Karon O. Bowdre*
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE