IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: COMMUNITY HEALTH SYSTEMS, INC., CUSTOMER SECURITY DATA BREACH LITIGATION (MDL 2595) | ) ) ) MASTER FILE NO. ) 15-CV-222-KOB ) ) ) THIS DOCUMENT RELATES TO ALL ) CASES. ) ) |

## ORDER

This matter is before the court on "Plaintiffs' Amended Renewed Motion for Certification for Interlocutory Appeal." (Doc. 168). For the reasons discussed at the status conference today, the court DENIES this motion. The court further ORDERS the parties to provide to the court via email (bowdre_chambers@alnd.uscourts.gov) on or before **June 1, 2017** a joint proposed schedule for discovery of the limited scope discussed at the conference.

DONE and ORDERED this 19th day of May, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE