2/2/2019

Edward Shanler

Aspot1@aol.com

3631 2nd Ave. N.

St. Petersburg, FL. 33713

813-919-5834

RE: Community Health Systems, Inc.

Customer Data Breach Litigation, No. 15-cv-222 -KOB-JHE

The issue I have with The settlement is that the Lawyers are getting to much money.

There should be no more than costs x 2 = thier payment.

$900,000 seems to be a unreasonable amount.

Thank You,

*Edward Shanler* (signature)

Edward Shanler

CC: Lead Class attorneys, Defense Attorney & clerk of court