FILED
2019 Aug-06  PM 04:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: COMMUNITY HEALTH SYSTEMS, INC., CUSTOMER SECURITY DATA BREACH LITIGATION (MDL 2595) | ) ) ) ) ) ) MASTER FILE NO. ) 15-CV-222-KOB ) ) This document relates to all cases. ) ) |

**CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT AND CERTIFICATION OF
SETTLEMENT CLASS**

Plaintiffs, individually and on behalf of the Settlement Class, by their undersigned counsel, respectfully move this Court for an Order granting final approval of the proposed class action settlement.

This Motion is supported by the Settlement Agreement, Memorandum in Support of Motion for Final Approval of Class Action Settlement and Certification of Settlement Class, the Declaration of Cameron R. Azari on Implementation of Notice dated August 5, 2019, the Declaration of Co-Settlement Class Counsel Karen H. Riebel in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Certification of Settlement Class dated August 6, 2019, all pleadings filed in this case, and such additional evidence or argument as may be presented to the Court. This Motion is uncontested by Defendants.

541394.2

| | |
|---|---|
| Dated: August 6, 2019 | Respectfully Submitted, |//

Dated: August 6, 2019          Respectfully Submitted,

                                       *s/ Karen H. Riebel*
                                       Karen H. Riebel
                                       LOCKRIDGE GRINDAL NAUEN PLLP
                                       100 Washington Ave. S., Suite 2200
                                       Minneapolis, MN 55401
                                       khriebel@locklaw.com

                                       Jeff Friedman (asb-6868-n77j)
                                       FRIEDMAN, DAZZIO ZULANAS &
                                       BOWLING, P.C.
                                       P. O. Box 43219
                                       Birmingham, AL 35243-3219
                                       jfriedman@friedman-lawyers.com

                                       Chris Hellums
                                       PITTMAN DUTTON & HELLUMS, PC
                                       2001 Park Place, Ste. 1100
                                       Birmingham, AL 35203-2716
                                       chrish@pittmandutton.com

                                       ***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record on this 6th day of August, 2019.

/s/     Karen H. Riebel

541394.2                                              3