**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: COMMUNITY HEALTH SYSTEMS, INC., CUSTOMER SECURITY DATA BREACH LITIGATION (MDL 2595) | )<br>)<br>)<br>)<br>)<br>) MASTER FILE NO.<br>) 15-CV-222-KOB<br>)<br>) This document relates to all cases.<br>)<br>) |

**PLAINTIFFS' MOTION FOR AN AWARD OF REASONABLE
ATTORNEYS' FEES AND EXPENSES AND A CLASS REPRESENTATIVE
INCENTIVE AWARD**

Plaintiffs hereby move for an Order awarding reasonable attorneys' fees, costs, and expenses to Plaintiffs' Counsel, and awarding an incentive payment to the Settlement Class Representative.

Pursuant to the Settlement Agreement between Class Plaintiffs and defendants Community Health Systems, Inc. and Community Health Systems Professional Services Corporation, Court-appointed Settlement Class Counsel now respectfully moves for an award of reasonable attorneys' fees and reimbursement of expenses in the amount of $900,000 ("Attorneys' Fees and Expenses"). Counsel for the Plaintiff Class have worked well over 5,000 hours and have advanced over $237,000 in expenses litigating this action.

541399.2

The Settlement Agreement allows for the payment of a reasonable incentive award to the Settlement Class Representative, William Lutz. Class Plaintiffs seek an incentive award in the amount of $3,500 for the Settlement Class Representative.

This Motion is supported by the Settlement Agreement; the Memorandum of Law in Support of Plaintiffs' Motion for an Award of Reasonable Attorneys' Fees and Expenses and a Class Representative Incentive Award, submitted herewith; the Declaration of Co-Settlement Class Counsel Karen H. Riebel in Support of Plaintiffs' Motion for an Award of Reasonable Attorney's Fees and Expenses and a Class Representative Incentive Award, submitted herewith; the Declaration of Edgar C. Gentle, III, Special Master, in Support of Plaintiffs' Application for an Award of Reasonable Attorneys' Fees and Expenses and an Incentive Award submitted herewith; all pleadings filed in this case; and such additional evidence or argument as may be presented to the Court. Defendants do not contest the amounts requested by this Motion.

WHEREFORE, Class Plaintiffs respectfully request that this Court enter an Order:

    A. Granting this Motion;

    B. Approving attorneys' fees and expenses of $900,000, to be paid by Defendants in addition to the fund created by the Settlement Agreement; and

541399.2

2

      C. Approving an incentive award of $3,500 to Settlement Class Representative William Lutz to be paid by Defendants.

Dated: August 6, 2019

Respectfully Submitted,

 *s/ Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
khriebel@locklaw.com

Jeff Friedman (asb-6868-n77j)
FRIEDMAN, DAZZIO ZULANAS &
BOWLING, P.C.
P. O. Box 43219
Birmingham, AL 35243-3219
jfriedman@friedman-lawyers.com

Chris Hellums
PITTMAN DUTTON & HELLUMS, PC
2001 Park Place, Ste. 1100
Birmingham, AL 35203-2716
chrish@pittmandutton.com

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record on this 6th day of August, 2019.

/s/    Karen H. Riebel